UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner<br><br>v.<br><br>APEX LINEN HOLDINGS, LLC,<br><br>Respondent | Case No.: 2:22-cv-01109-APG-EJY<br><br>**Order Setting Briefing Schedule and Hearing**<br><br>[ECF Nos. 2, 3] |

Plaintiff Cornele Overstreet, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, filed a petition for a temporary injunction against respondent Apex Linen Holdings, LLC. ECF No. 1. Overstreet also moved for an order that the injunctive relief it requests in the petition be granted solely based on the papers submitted, without an evidentiary hearing. ECF No. 3. Overstreet separately moved for an order setting an expedited briefing and hearing schedule on its petition. ECF No. 2.

I ORDER that Overstreet's motion to expedite **(ECF No. 2) is GRANTED**.

I FURTHER ORDER that respondent Apex Linen Holdings, LLC shall file a response to the motion for temporary injunction (ECF No. 1) by July 20, 2022. Overstreet shall file a reply by July 25, 2022.

I FURTHER ORDER that Overstreet's motion to try the petition for temporary injunction based on the administrative record, affidavits, and documentary evidence **(ECF No. 3) is GRANTED in part**. I will conduct a hearing on whether to grant the petition

for injunctive relief on July 28, 2022 at 10:00 a.m.  The parties are limited to 10 minutes per side, and no witnesses will be heard.  At that hearing, I will decide whether additional evidence or briefing is needed before I can rule on the petition.

This hearing will be conducted by videoconference.  The courtroom administrator will provide counsel with the link to attend the video conference.  Members of the public seeking access to this hearing must contact the courtroom administrator Melissa Johansen by email at Melissa_Johansen@nvd.uscourts.gov before the day of the hearing.  Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings.  Violation of these prohibitions may result in sanctions, including removing court-issued media credentials, restricted entry to future hearings, denial of access to future hearings, or any other sanctions deemed necessary by the Court.

Counsel is reminded that this is a formal court proceeding and that proper courtroom attire is expected.

DATED this 13th day of July, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE