# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>　　Petitioner<br><br>v.<br><br>APEX LINEN HOLDINGS, LLC,<br><br>　　Respondent | Case No.: 2:22-cv-01109-APG-EJY<br><br>**Order Granting Motion to Amend**<br><br>[ECF No. 7] |

　　I ORDER that petitioner Cornele A. Overstreet's motion to amend **(ECF No. 7) is GRANTED**.  Respondent Apex Linen Holdings, LLC should respond to the changes in the amended petition in its response due July 20, 2022.

　　DATED this 19th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE