UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board., <br><br> Plaintiff, <br><br> v. <br><br> APEX LINEN HOLDINGS, LLC, <br><br> Defendant. | Case No. 2:22-cv-01109-APG-EJY <br><br> **ORDER** |

Pending before the Court is Defendant's Motion for Leave to File Under Seal. ECF No. 9. The Motion states it seeks to seal portions of the Opposition to the Petition for Temporary Injunction filed by the National Labor Relations Board. The Motion further seeks to seal either portions or all of the Declarations of Sheila Rivera and Keith Marsh. While the Motion provides the legal basis for sealing, it does not direct the Court to the specific portions of the Opposition or Declarations (if applicable) that Defendant seeks to seal. It is not the Court's job to search and compare, page by page, redacted and unredacted versions of documents to determine what a party seeks to seal. This information must be provided by the movant in its motion to seal.

Accordingly, IT IS HEREBY ORDERED that the Motion for Leave to File Under Seal (ECF No. 9) is DENIED without prejudice.

IT IS FURTHER ORDERED that Defendant must immediately file a redacted version of its Memorandum of Points and Authorities in Opposition to Petition for Temporary Injunction, together with redacted versions of any exhibits as appropriate, on the public record. If Defendant seeks to file an entire exhibit under seal, a placeholder identifying the exhibit must be filed with the Memorandum and other exhibits.

1    IT IS FURTHER ORDERED that ECF No. 10, currently filed under seal, shall remain provisionally sealed until such time as Defendant refiles its Motion for Leave to File Under Seal, which must be filed no later than seven (7) Court days after the date of this Order.

Dated this 21st day of July, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2