UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board., <br><br> Plaintiff, <br><br> v. <br><br> APEX LINEN HOLDINGS, LLC, <br><br> Defendant. | Case No. 2:22-cv-01109-APG-EJY <br><br> **AMENDED ORDER** <br><br> **CORRECTING ECF No. 14** |

    Pending before the Court is Defendant's Motion for Leave to File Under Seal. ECF No. 9. The Motion states it seeks to seal portions of the Opposition to the Petition for Temporary Injunction filed by the National Labor Relations Board. The Motion further seeks to seal either portions or all of the Declarations of Sheila Rivera and Keith Marsh. While the Motion provides the legal basis for sealing, it does not direct the Court to the specific portions of the Opposition or Declarations (if applicable) that Defendant seeks to seal. It is not the Court's job to search and compare, page by page, redacted and unredacted versions of documents to determine what a party seeks to seal. This information must be provided by the movant in its motion to seal.

    Here, ECF No. 10, submitted under seal is redacted. That is improper. A redacted filing cannot be filed under seal. ECF No. 11 is filed under seal, but it is not signed by counsel. ECF No. 12 is redacted and not sealed. ECF No. 13 is not redacted and is sealed. Candidly, this is a mess.

    Accordingly, IT IS HEREBY ORDERED that the Motion for Leave to File Under Seal (ECF No. 9) is DENIED without prejudice.

    IT IS FURTHER ORDERED that ECF No. 10 shall be stricken as improperly filed under seal and duplicative of ECF No. 12.

    IT IS FURTHER ORDERED that ECF No. 11 is stricken because it is not signed by counsel.

IT IS FURTHER ORDERED that ECF No. 12 is properly filed as a redacted document and shall remain as the operative Memorandum of Points and Authorities in Opposition to Petition for Temporary Injunction, together with redacted exhibits, on the public record.

IT IS FURTHER ORDERED that ECF No. 13 is properly, provisionally filed under seal without redactions.

IT IS FURTHER ORDERED that the Motion to Seal must be refiled identifying for the Court the page and line numbers Defendant seeks to seal and the basis for each sealing request.

Dated this 22nd day of July, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE