Néstor M. Zárate Mancilla (WA# 47015)
Kyler A. Scheid (NY#4984258)
National Labor Relations Board, Region 28
2600 N. Central Ave., Suite 1400
Phoenix, Arizona 85004
Tel:   (602) 416-4769
Fax:  (602) 640-2178
E-mail: nestor.zarate-mancilla@nlrb.gov
E-mail: kyler.scheid@nlrb.gov

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>APEX LINEN HOLDINGS, LLC,<br><br>Respondent. | Case No. 2:22-cv-01109-APG-EJY<br><br>ORDER GRANTING PETITIONER'S MOTION FOR ADMISSION OF GOVERNMENT ATTORNEY AND FOR APPEARANCE OF ATTORNEY |

Having considered the Petitioner's Motion for Admission of Government Attorney and for Appearance of Attorney, the Court **GRANTS** it.

DATED this 28th day of July, 2022.

_____
United States District Judge