**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELE A. OVERSTREET, | Case No.: 2:22-cv-01109-APG-NJK |
| Petitioner | **Order** |
| v. | |
| APEX LINEN HOLDINGS, LLC, | |
| Respondent | |

I ORDER that by February 2, 2024, the parties must file a status report on the underlying administrative proceedings and whether this case should remain open.

DATED this 8th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE