# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, | Case No.: 2:22-cv-01109-APG-NJK |
| Petitioner | **Order** |
| v. | |
| APEX LINEN HOLDINGS, LLC, | |
| Respondent | |

I ORDER that by October 15, 2024, the parties must file a status report on the underlying administrative proceedings and whether this case should remain open or be administratively closed.

DATED this 30th day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE