# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CORNELE A. OVERSTREET,

    Petitioner

v.

APEX LINEN HOLDINGS, LLC,

    Respondent

Case No.: 2:22-cv-01109-APG-NJK

**Order**

On September 30, 2024, I ordered the parties to file a status report by October 15, 2024. ECF No. 32.  The parties did not file a status report as ordered.

I ORDER that by October 31, 2024, the parties must file a status report on the underlying administrative proceedings and whether this case should remain open or be administratively closed.  Failure to respond to this order may result in sanctions of parties and counsel.

DATED this 21st day of October, 2024.

 

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE