ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Telephone: (775) 785-0088
*Attorneys for Respondent*
*Apex Linen Holdings, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner<br><br>v.<br><br>APEX LINEN HOLDINGS, LLC,<br><br>Respondent | CASE NO.: 2:22-cv-01109-APG-~~EJY~~ NJK<br><br>**RESPONDENT'S STATUS REPORT AND NOTICE OF WITHDRAWAL OF COUNSEL** |

**RESPONDENT'S STATUS REPORT AND NOTICE OF WITHDRAWAL AS COUNSEL**

On August 23, 2022, per Respondent Apex Linen Holdings, LLC's ("Apex") wishes, Notices of Appearance were filed by Paul T. Trimmer and Lynne K. McChrystal of the Law Firm of Jackson Lewis to assume representation of Apex Linen Holdings, LLC from Attorney Anthony L. Hall. Attorney Anthony L. Hall hereby withdraws as counsel of record for Respondent Apex Linen Holdings, LLC in the above-captioned matter.

WHEREFORE, Apex Linen Holdings, LLC may be served with further proceedings through their counsel of record, Paul T. Trimmer, Jackson Lewis.

1

DATED October 31, 2024.

By: _____
ANTHONY L. HALL, ESQ.
SIMONS HALL JOHNSTON PC
*Attorneys for Respondent*
*Apex Linen Holdings, LLC*

IT IS SO ORDERED.
Dated:  October 31, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.
Reno, NV 89511
Phone: (775) 785-0088