# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, | Case No.: 2:22-cv-01109-APG-NJK |
| Petitioner | **Order** |
| v. | |
| APEX LINEN HOLDINGS, LLC, | |
| Respondent | |

I ORDER that by April 7, 2025, the parties must file a status report on the underlying administrative proceedings and whether this case should remain open or be administratively closed.

DATED this 4th day of March, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE