# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET,<br><br>    Petitioner<br><br>v.<br><br>APEX LINEN HOLDINGS, LLC,<br><br>    Respondent | Case No.: 2:22-cv-01109-APG-NJK<br><br>**Order** |

I previously ordered the parties to file a status report on the underlying administrative proceedings and whether this case should remain open or be administratively closed. The status report was due April 7, 2025, but the parties did not file a status report by that date.

I THEREFORE ORDER that by April 21, 2025, the parties must file a status report on the underlying administrative proceedings and whether this case should remain open or be administratively closed. Failure to respond by that date will result in this case being administratively closed.

DATED this 9th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE