UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, | Case No.: 2:22-cv-01109-APG-NJK |
| Petitioner | **Order** |
| v. | |
| APEX LINEN HOLDINGS, LLC, | |
| Respondent | |

I have twice ordered the parties to file a status report on the underlying administrative proceedings and whether this case should remain open or be administratively closed. The parties have not responded to either order. In my last order, I advised that if the parties did not respond, I would administratively close this case. ECF No. 38.

I THEREFORE ORDER the clerk of court to administratively close this case.

DATED this 22nd day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE